# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re: DAVIDSON, FREDERICK E. § Case No. 2:14-11625-BKM
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DALE D ULRICH, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $33,157.00      Assets Exempt: $8,157.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,555.80      Claims Discharged
    Without Payment: $1,014,822.69

Total Expenses of Administration: $12,444.20

---

    3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $26,717.00 | $26,717.00 | $17,555.80 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,444.20 | 12,444.20 | 12,444.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 250,000.00 | 73,733.69 | 73,733.69 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 836,625.39 | 368,353.99 | 368,353.99 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,086,625.39 | $481,248.88 | $481,248.88 | $30,000.00 |

  4) This case was originally filed under Chapter 7 on July 29, 2014. The case was pending for 24 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/10/2016           By: /s/DALE D ULRICH
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 SUNDOWNER HORSE TRAILER | 1129-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7S | INTERNAL REVENUE SERVICE | 4300-000 | N/A | 26,717.00 | 26,717.00 | 17,555.80 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$26,717.00** | **$26,717.00** | **$17,555.80** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DALE D ULRICH | 2100-000 | N/A | 3,750.00 | 3,750.00 | 3,750.00 |
| DALE D ULRICH | 2200-000 | N/A | 54.24 | 54.24 | 54.24 |
| TERRY A DAKE LTD | 3210-000 | N/A | 8,295.00 | 8,295.00 | 8,295.00 |
| TERRY A DAKE LTD | 3220-000 | N/A | 12.00 | 12.00 | 12.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.30 | 16.30 | 16.30 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 27.92 | 27.92 | 27.92 |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 32.91 | 32.91 | 32.91 |
| Rabobank, N.A. | 2600-000 | N/A | 32.29 | 32.29 | 32.29 |
| Rabobank, N.A. | 2600-000 | N/A | 31.96 | 31.96 | 31.96 |
| Rabobank, N.A. | 2600-000 | N/A | 38.51 | 38.51 | 38.51 |
| Rabobank, N.A. | 2600-000 | N/A | 34.80 | 34.80 | 34.80 |
| Rabobank, N.A. | 2600-000 | N/A | 36.27 | 36.27 | 36.27 |
| Rabobank, N.A. | 2600-000 | N/A | 42.87 | 42.87 | 42.87 |
| Rabobank, N.A. | 2600-000 | N/A | 39.13 | 39.13 | 39.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,444.20 | $12,444.20 | $12,444.20 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | INTERNAL REVENUE SERVICE | 5800-000 | 250,000.00 | 73,733.69 | 73,733.69 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $250,000.00 | $73,733.69 | $73,733.69 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | KINKEAD & STILZ, PLLC | 7100-000 | 8,110.30 | 8,110.30 | 8,110.30 | 0.00 |
| 2 | SOUTHWEST GAS CORPORATION | 7100-000 | N/A | 112.65 | 112.65 | 0.00 |
| 3 | Discover Bank | 7100-000 | N/A | 17,039.79 | 17,039.79 | 0.00 |
| 4 | DEPO DYNAMICS | 7100-000 | 2,697.00 | 3,697.00 | 3,697.00 | 0.00 |
| 5 | James P. Foley, DVM, P.C. | 7100-000 | 16,300.00 | 15,128.05 | 15,128.05 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Tulua, LLC | 7100-000 | N/A | 3,692.73 | 3,692.73 | 0.00 |
| 7U | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 126.56 | 126.56 | 0.00 |
| 8 | WELLS FARGO BANK, N.A. | 7100-000 | 79,988.00 | 92,333.49 | 92,333.49 | 0.00 |
| 9 | THE MILL OF BEL AIR | 7100-000 | 7,479.17 | 9,746.26 | 9,746.26 | 0.00 |
| 10 | American Express Bank, FSB | 7100-000 | N/A | 32,300.86 | 32,300.86 | 0.00 |
| 11 | Compass Bank | 7100-000 | 145,000.00 | 181,539.51 | 181,539.51 | 0.00 |
| 12 | FINISH LINE SELF INSURANCE GROUP, INC. | 7100-000 | 2,297.45 | 1,323.95 | 1,323.95 | 0.00 |
| 13 | BGE | 7100-000 | 1,184.38 | 1,184.38 | 1,184.38 | 0.00 |
| 14 | BGE | 7100-000 | N/A | 1,184.38 | 1,184.38 | 0.00 |
| 15 | STIVERS STAFFING SERVICES | 7100-000 | 834.08 | 834.08 | 834.08 | 0.00 |
| NOTFILED | Quick Filly Equine Supplies | 7100-000 | 391.01 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes c/o Caine & Weiner | 7100-000 | 1,290.00 | N/A | N/A | 0.00 |
| NOTFILED | Progressive Insurance c/o A.C.E. Recovery Services | 7100-000 | 156.50 | N/A | N/A | 0.00 |
| NOTFILED | Rural/Metro Fire Department | 7100-000 | 1,201.80 | N/A | N/A | 0.00 |
| NOTFILED | Rio Verde Equine, Inc. | 7100-000 | 3,389.58 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes (Purchase Power) | 7100-000 | 1,147.01 | N/A | N/A | 0.00 |
| NOTFILED | Pine View Enterprises, Inc. | 7100-000 | 19,705.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding, LLC | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pennsylvania Animal Diagnostic Lab Sys. | 7100-000 | 456.50 | N/A | N/A | 0.00 |
| NOTFILED | J.J. Rushing DVM | 7100-000 | 1,111.75 | N/A | N/A | 0.00 |
| NOTFILED | JAMS | 7100-000 | 625.00 | N/A | N/A | 0.00 |
| NOTFILED | IWIF c/o Access Receivables Management | 7100-000 | 1,052.00 | N/A | N/A | 0.00 |
| NOTFILED | Keystone Col | 7100-000 | 19,705.00 | N/A | N/A | 0.00 |
| NOTFILED | Hostway c/o RMCB Collection Agency | 7100-000 | 87.80 | N/A | N/A | 0.00 |
| NOTFILED | Kurt D. Hoffman, DVM Melissa D. Orr, DVM | 7100-000 | 1,685.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management, Inc. | 7100-000 | 7,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Scottsdale Emergency Assoc., Ltd. c/o Bureay of Medical | 7100-000 | 821.00 | N/A | N/A | 0.00 |
| NOTFILED | Maryland Veterinary Group, LLC | 7100-000 | 27,150.00 | N/A | N/A | 0.00 |
| NOTFILED | No Waste Grindings | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Litigation Services | 7100-000 | 5,043.72 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Diagnostic Imaging | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED | Scottsdale Healthcare | 7100-000 | 25,727.07 | N/A | N/A | 0.00 |
| NOTFILED | Tusayan Homeowners Association c/o Corner | 7100-000 | 8,859.34 | N/A | N/A | 0.00 |
| NOTFILED | Thomson West | 7100-000 | 5,100.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Thoroughbred Farrier Science, Inc. | 7100-000 | 1,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Verisight | 7100-000 | 1,520.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon c/o Penn Credit | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | Xerox Capital Services, LLC | 7100-000 | 11,558.03 | N/A | N/A | 0.00 |
| NOTFILED | Waste Industries | 7100-000 | 245.00 | N/A | N/A | 0.00 |
| NOTFILED | Westwalk | 7100-000 | 580.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas and Tara Dorn | 7100-000 | 66,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Hartford One Hartford Place | 7100-000 | 727.00 | N/A | N/A | 0.00 |
| NOTFILED | The Varallo Group c/o Vericore | 7100-000 | 228.58 | N/A | N/A | 0.00 |
| NOTFILED | Hlthcare Col | 7100-000 | 1,253.00 | N/A | N/A | 0.00 |
| NOTFILED | Scottsdale Surgical Assistants | 7100-000 | 2,811.00 | N/A | N/A | 0.00 |
| NOTFILED | Sonora Quest Laboratories | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 169.55 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 52.92 | N/A | N/A | 0.00 |
| NOTFILED | The Hartford | 7100-000 | 1,014.00 | N/A | N/A | 0.00 |
| NOTFILED | Stephen M. Phillips | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust Mortgage | 7100-000 | 89,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Scottsdale Healthcare Corporation Physician | 7100-000 | 3,913.00 | N/A | N/A | 0.00 |
| NOTFILED | Essig Law | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | American Credit Bureau | 7100-000 | 714.00 | N/A | N/A | 0.00 |
| NOTFILED | APS | 7100-000 | 422.42 | N/A | N/A | 0.00 |
| NOTFILED | Arrowhead Collections | 7100-000 | 2,739.00 | N/A | N/A | 0.00 |
| NOTFILED | Arizona Orthopedic Foot and Ankle Center, LLC | 7100-000 | 6,396.97 | N/A | N/A | 0.00 |
| NOTFILED | Arizona Public Service | 7100-000 | 213.00 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross/Blue Shield of Arizona | 7100-000 | 2,253.03 | N/A | N/A | 0.00 |
| NOTFILED | Brumfield Hay & Grain Co. | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bredemann & McFarlane, PLC | 7100-000 | 3,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Dex West | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Despins Printing and Graphics | 7100-000 | 104.71 | N/A | N/A | 0.00 |
| NOTFILED | Dex Media East, Inc. | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Diane Alvey | 7100-000 | 215.00 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 777.41 | N/A | N/A | 0.00 |
| NOTFILED | Glennie Reporting Services | 7100-000 | 2,983.00 | N/A | N/A | 0.00 |
| NOTFILED | Frank Turner | 7100-000 | 2,704.12 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CR Cremations | 7100-000 | 1,008.00 | N/A | N/A | 0.00 |
| NOTFILED | Cox Communications c/o Kenneth Eisen & Associates, | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Cox Communications | 7100-000 | 748.72 | N/A | N/A | 0.00 |
| NOTFILED | CACH, LLC c/o Harrison Ross Byck, Esq. | 7100-000 | 36,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BYL Collection Service | 7100-000 | 113.00 | N/A | N/A | 0.00 |
| NOTFILED | CACH LLC c/o Law Firm of Allan C. Smith, PC | 7100-000 | 84,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citrus Feed Company | 7100-000 | 28,093.00 | N/A | N/A | 0.00 |
| NOTFILED | Cox Communications c/o Pinnancle Financial Group | 7100-000 | 253.80 | N/A | N/A | 0.00 |
| NOTFILED | City of Scottsdale | 7100-000 | 194.13 | N/A | N/A | 0.00 |
| NOTFILED | Cooper Williams, VMD | 7100-000 | 714.54 | N/A | N/A | 0.00 |
| NOTFILED | H&L Medical Specialist, Inc. | 7100-000 | 42.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $836,625.39 | $368,353.99 | $368,353.99 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:14-11625-BKM      **Trustee:** (240230)    DALE D ULRICH
**Case Name:** DAVIDSON, FREDERICK E.      **Filed (f) or Converted (c):** 07/29/14 (f)
     **§341(a) Meeting Date:** 09/04/14
**Period Ending:** 08/10/16      **Claims Bar Date:** 12/08/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   BANK ACCOUNTS | 140.00 | 0.00 | | 0.00 | FA |
| 2   HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | | 0.00 | FA |
| 3   WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 4   FIREARMS AND HOBBY EQUIPMENT | 325.00 | 0.00 | | 0.00 | FA |
| 5   PENSION PLANS AND PROFIT SHARING | 190.00 | 0.00 | | 0.00 | FA |
| 6   STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 7   LAW PRACTICE AND LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 8   1984 LAND ROVER | 3,002.00 | 0.00 | | 0.00 | FA |
| 9   1999 SUNDOWNER HORSE TRAILER | 5,000.00 | 0.00 | | 0.00 | FA |
| 10   2001 SUNDOWNER HORSE TRAILER | 18,560.00 | 18,560.00 | | 30,000.00 | FA |
| 11   2002 SUNDOWNER HORSE TRAILER | 20,000.00 | 0.00 | | 0.00 | FA |
| **11 Assets Totals** (Excluding unknown values) | **$51,717.00** | **$18,560.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

     Settlement approved, awaiting payment.

**Initial Projected Date Of Final Report (TFR):**    September 30, 2016      **Current Projected Date Of Final Report (TFR):**    May 24, 2016 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 2:14-11625-BKM | **Trustee:** | DALE D ULRICH (240230) | |
| **Case Name:** | DAVIDSON, FREDERICK E. | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******8666 - Checking Account | |
| **Taxpayer ID #:** | **-***7969 | **Blanket Bond:** | $38,254,859.00 (per case limit) | |
| **Period Ending:** | 08/10/16 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/13/15 | {10} | FREDERICK DAVIDSON | SETTLEMENT PAYMENT | 1129-000 | 20,000.00 | | 20,000.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.30 | 19,983.70 |
| 08/25/15 | {10} | FREDERICK DAVIDSON | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 20,983.70 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.92 | 20,955.78 |
| 09/11/15 | {10} | FREDERICK DAVIDSON | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 21,955.78 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.91 | 21,922.87 |
| 10/13/15 | {10} | FREDERICK DAVIDSON | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 22,922.87 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.29 | 22,890.58 |
| 11/24/15 | {10} | FREDERICK DAVIDSON | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 23,890.58 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.96 | 23,858.62 |
| 12/14/15 | {10} | FREDERICK DAVIDSON | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 24,858.62 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.51 | 24,820.11 |
| 01/20/16 | {10} | FREDERICK DAVIDSON | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 25,820.11 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.80 | 25,785.31 |
| 02/12/16 | {10} | FREDERICK DAVIDSON | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 26,785.31 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.27 | 26,749.04 |
| 03/16/16 | {10} | FREDERICK DAVIDSON | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 27,749.04 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.87 | 27,706.17 |
| 04/13/16 | {10} | FREDERICK DAVIDSON | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 28,706.17 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.13 | 28,667.04 |
| 05/17/16 | {10} | FREDERICK DAVIDSON | SETTLEMENT PAYMENT | 1129-000 | 1,000.00 | | 29,667.04 |
| 07/12/16 | 101 | TERRY A DAKE LTD | Dividend paid 100.00% on $8,295.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 8,295.00 | 21,372.04 |
| 07/12/16 | 102 | TERRY A DAKE LTD | Dividend paid 100.00% on $12.00, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 12.00 | 21,360.04 |
| 07/12/16 | 103 | INTERNAL REVENUE SERVICE | Dividend paid 65.71% on $26,717.00; Claim# 7S; Filed: $26,717.00; Reference: | 4300-000 | | 17,555.80 | 3,804.24 |
| 07/12/16 | 104 | DALE D ULRICH | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,804.24 | 0.00 |
| | | | Dividend paid 100.00% on $3,750.00; Claim# ; Filed: $3,750.00 | 3,750.00 | 2100-000 | | 0.00 |
| | | | Dividend paid 100.00% on $54.24; Claim# ; Filed: $54.24 | 54.24 | 2200-000 | | 0.00 |

Subtotals : $30,000.00 $30,000.00

{} Asset reference(s) Printed: 08/16/2016 02:28 PM V.13.28

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 2:14-11625-BKM  
**Case Name:** DAVIDSON, FREDERICK E.  

**Taxpayer ID #:** **-***7969  
**Period Ending:** 08/10/16  

**Trustee:** DALE D ULRICH (240230)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $38,254,859.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 30,000.00 | 30,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 30,000.00 | 30,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $30,000.00 | $30,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8666** | 30,000.00 | 30,000.00 | 0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |